UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| MICHAEL WARREN DESPER, | ) Case No. EDCV 07-1588-PSG(AJW) |
| Petitioner, | ) |
| | ) JUDGMENT |
| v. | ) |
| T. MIGUEL, Warden, | ) |
| Respondent. | ) |

It is hereby adjudged that the petition for a writ of habeas corpus is denied.

Dated: August 20, 2008

_____
Philip S. Gutierrez
United States District Judge